CITY OF INDEPENDENCE, State of Missouri, Respondent,

v.

James F. NEWPORT, Appellant.

No. WD 74124.

Missouri Court of Appeals, Western District.

April 2, 2013.

James Newport, Blue Springs, MO, Pro Se.

Mitchell Langford, Independence, MO, for Respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM:

Mr. James F. Newport appeals from a conviction for trespass under section 12.05.008B of the Independence Code of Ordinances.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).